THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES C. CROPSEY, as District Attorney of Kings County, Appellant, *v.* THE COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al., Respondents.

*People ex rel. Cropsey* v. *Court of Special Sessions, N. Y. City,* 170 App. Div. 575, affirmed.

(Argued February 22, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 3, 1915, which affirmed an order of Special Term denying a motion for an absolute writ of prohibition. The question at issue was as to the power of the Court of Special Sessions of the City of New York to remit a fine imposed by it upon conviction of the crime of selling liquor without a license.

*James C. Cropsey, District Attorney (Harry G. Anderson* and *Hersey Egginton* of counsel), for appellant.

*Lamar Hardy, Corporation Counsel (Thomas F. Magner* and *George A. Green* of counsel), for Court of Special Sessions, respondent.

*John L. Danzilo* for Azzento Philippo, respondent.

Ordered affirmed, without costs, on opinion of JENKS, P. J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.